IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00495-WDM-MEH

RONN STERLING,

    Plaintiff,

v.

S. FELKER and M. DUNLAP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 4, 2006.**

    Plaintiff has filed a motion seeking the status of his filing fee. Plaintiff intended to file a habeas action, but used the wrong form and filed a *Bivens* action. Plaintiff subsequently filed a voluntary dismissal without prejudice. Plaintiff was initially granted *in forma pauperis* status, was required to pay $21.00, and was ordered to make monthly payments. The Court's Order stated "Plaintiff shall be required to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action." Docket #2. By statute, Plaintiff is obligated to pay the entire $250.00, even though he has dismissed this case to pursue a habeas action. Nonetheless, under the circumstances presented in this case, the Court believes it is appropriate to relieve Plaintiff of his obligation to continue payments in this case, although Plaintiff will not receive any refund on his initial payment. Accordingly, Plaintiff's Motion for Order Requesting the Filing Fee Status of this Case [Filed October 3, 2006; Docket #29] is **granted** as specified.